```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-01274-RNO
Melissa T. DeNault                                              Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 1           Date Rcvd: Jul 12, 2016
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db              Melissa T. DeNault,    151 Countryside Drive,   Brodheadsville, PA  18322-7018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
              John J Martin    (Trustee)     pa36@ecfcbis.com,  trusteemartin@martin-law.net
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association et al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor Melissa T. DeNault
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                               TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Melissa T. DeNault  
aka Melissa Therese Vaccaro, aka Melissa T. Vaccaro,  
aka Melissa T. Schron, aka Melissa Vaccaro, aka  
Melissa DeNault, aka Melissa Therese DeNault  
151 Countryside Drive  
Brodheadsville, PA 18322−7018  

Chapter 7  
Case No. 5:16−bk−01274−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−2391

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 11, 2016

BY THE COURT  
By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk